

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 8 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S DEPUTY

___ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 2 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SCULPTCHAIR INTERNATIONAL, INC. §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>CORPORATE EVENTS ORGANIZERS, §<br>INC., and GINNIE FOWLER, an §<br>individual §<br>Defendants. §<br>§ | CAUSE NO: CIV 98-1984-PHX-RGS<br><br>**CONSENT JUDGMENT AND DECREE WITH FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

THIS MATTER COMES on for disposition by consent, in response to the Complaint herein. All the Parties having Consented, as evidenced by their respective endorsements, below are the Findings of Fact and Conclusions of Law of the Court, followed by the Judgment and Decree.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

1.      Plaintiff Sculptchair International, Inc. (hereinafter "Sculptchair"), is a corporation organized and existing under the laws of the State of Arizona, located and doing business at 16114 North 81st Street, Scottsdale, Arizona 85260.

2.      Defendant Corporate Events Organizers, Inc. is a corporation organized and existing under the laws of the State of Arizona and having an address at 2980 East Northern Avenue, Suite B2, Phoenix, Arizona 85028.

3.      Defendant Ginnie Fowler is an individual residing in the state of Arizona.

. . .

. . .

4.      Mitchell T. Kelldorf is the inventor of United States Patent No. Des. 307,995, (hereinafter the '995 patent) entitled "Chair Cover", which was duly and legally issued by the United States Patent and Trademark Office on May 22, 1990, and Sculptchair has rights in said patent and the inventions described therein.

5.      On November 4, 1998, Sculptchair filed a Complaint for patent infringement of the '995 patent , trademark infringement, unfair competition, and breach of contract in the United States District Court for the District of Arizona, naming Corporate Events Organizers, Inc. and Ginnie Fowler as Defendants.

6.      Defendants filed an Answer to the Complaint on September 3, 1999 in this Court, denying in all respects infringement of  the patent-in-suit and as well asserted invalidity and unenforceability of the patent-in-suit and patent misuse of the '995 patent, together with denying all other claims of  trademark infringement, unfair competition, breach of contract, injunctive relief raised by Plaintiff.

7.      Corporate Events Organizers, Inc. and Ginnie Fowler, individually and collectively, unknowingly infringed the '995 patent by renting infringing chair covers from Destinations By Design, Inc.  Defendants' conduct is not found to be willful.  A copy of the Consent Judgment entered against Destinations By Design, Inc. is attached hereto as Exhibit "A."

8.      Corporate Events Organizers, Inc. and Ginnie Fowler, individually and collectively, unknowingly infringed U.S. Trademark Registration No. 1,509,276, by renting infringing chair covers from Destinations By Design, Inc.  A copy of the Consent Judgment entered against Destinations By Design, Inc. is attached hereto as Exhibit "A."

9.      Corporate Events Organizers, Inc. and Ginnie Fowler, individually and collectively, unintentionally engaged in acts of unfair competition by renting infringing chair covers obtained from Destinations By Design, Inc. Defendants' conduct is not found to be willful. A copy of the Consent Judgment entered against Destinations By Design, Inc. is attached hereto as Exhibit "A."

10.      Corporate Events Organizers, Inc. and Ginnie Fowler have breached the contract with Sculptchair by either making, using, and selling chair covers that are identical or substantially similar in construction to the chair covers provided Defendants under the terms of the Rental Contract entered into between the parties on or about September 23, 1996.

## CONSENT JUDGMENT AND DECREE

It is therefore, hereby ORDERED, ADJUDGED, AND DECREED that:

1.      United States Patent No. Des 307,995 is valid and enforceable.

2.      Corporate Events Organizers, Inc., and Ginnie Fowler,  and their employees, agents, and third parties acting in concert or participation with them have unknowingly infringed U.S. Patent No. Des 307,995, by renting infringing chair covers from Destinations By Design, Inc. Defendants' conduct in this regard is not found to be willful.

3.      Corporate Events Organizers, Inc., and Ginnie Fowler, and their employees, agents, and all other persons acting in concert or participation with them be, and hereby are, permanently enjoined from making, using, renting, or selling chair covers made, owned or in the possession or control of Defendants, that infringe United States Letters Patent No. Des 307,995, whether directly, contributorily or by active inducement.

. . .

4.      Corporate Events Organizers, Inc., and Ginnie Fowler, and their employees, agents, and all other persons acting in concert or participation with them unknowingly infringed U.S. Trademark Registration No. 1,509,276, by renting infringing chair covers from Destinations By Design, Inc.  Defendants' conduct in this regard is not found to be willful.

5.      Corporate Events Organizers, Inc., and Ginnie Fowler, and their employees, agents, and third parties acting in concert or participation with them be, and hereby are, permanently enjoined from infringing U.S. Trademark Registration No. 1,509,276.

6. .     Corporate Events Organizers, Inc., and Ginnie Fowler, and their employees, agents, and third parties acting in concert or participation with them have unintentionally engaged in acts of unfair competition by renting infringing chair covers from Destinations By Design, Inc. Defendants' conduct is not found to be willful.

7.      The Parties to this suit have reached a settlement which is embodied in a separate Confidential Compromise Settlement Agreement and Release.  This Agreement is fully incorporated herein by reference.  By this Agreement and entry of this Consent Judgment all pending claims in this cause of action between the Parties are fully and finally in all things resolved.

8.      Corporate Events Organizers, Inc., and Ginnie Fowler, and their employees, agents, and third parties acting in concert or participation with her be, and hereby are, permanently enjoined from acts of unfair competition in the marketing and/or renting of chair covers which include features identical to the patented invention described in the '995 patent.

9.      Corporate Events Organizers, Inc., and Ginnie Fowler, and their employees, agents, and third parties acting in concert or participation with them have breached the contract with Sculptchair by either making, using, and selling chair covers that are identical or substantially similar

in construction to the chair covers provided Defendants under the terms of the Rental Contract entered into between the parties on or about September 23, 1996.

10.     Corporate Events Organizers, Inc., and Ginnie Fowler, and their employees, agents, and third parties acting in concert or participation with them be, and hereby are, permanently enjoined from committing further breaches of said contract.

11.     By the entry of this Consent Judgment, all pending claims in this cause of action between the Parties are fully and finally in all things resolved.

12.     The Parties stipulate for purposes of enforcement of this Consent Judgment and Decree with Findings of Fact and Conclusions of Law, and the Confidential Compromise Settlement Agreement and Release, that personal jurisdiction and venue are found in the United States District Court for the District of Arizona, Phoenix Division, for purposes of this lawsuit only and for enforcement of the same.  Should any action be required by either Party to enforce this Consent Judgment, or the Agreement, reasonable attorneys' fees and costs shall be awarded to the Party entitled to enforcement thereof.

13.     This Consent Judgment and Decree with Findings of Fact and Conclusions of Law is a final judgment and shall be given full effect as if the matters asserted herein had been fully litigated at trial.

14.     All claims of Plaintiff and Defendants are dismissed with prejudice, including without limitation those claims raised by Plaintiff with respect to patent infringement, trademark

. . .

. . .

infringement, unfair competition, and breach of contract.  Each Party to bear its' own costs and attorneys' fees.

IT IS SO ORDERED.

SIGNED this _8 ᵀᴴ_ day of ___DECEMBER___, 2000.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED TO BY:

Date: **12-7-00**          By: _____
                          Gregory V. Novak, Esq.,
                          ROYSTON, RAYZOR, VICKERY, NOVAK & DRUCE, L.L.P.
                          2000 Riverview Towers
                          111 Soledad Street
                          San Antonio, Texas 78205
                          Telephone:     (210) 228-0655
                          Telecopier:    (210) 228-0839

                          Attorney for Plaintiff
                          Sculptchair International, Inc.

                     By:  _____
                          P. Sterling Kerr, Esq.
                          Kerr & Associates
                          3525 East Hamon
                          Las Vegas, Nevada 89121
                          Telephone: (702) 451-2055

                          Attorney for Defendants
                          Corporate Events Organizers, Inc.
                          and Ginnie Fowler

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| -------------------------------------------------- §<br>§<br>SCULPTCHAIR INTERNATIONAL, INC. §<br>§<br>Plaintiff, §<br>v. §<br>§<br>DESTINATIONS  BY  DESIGN,  INC., §<br>JOYCE  SHERMAN  and  JIM  NELSON, §<br>individuals. §<br>§<br>Defendants. §<br>-------------------------------------------------- § | CAUSE NO: CIV98-1841 PHX PGR<br><br><br>**CONSENT JUDGMENT AND DECREE<br>WITH  FINDINGS  OF  FACT  AND<br>CONCLUSIONS OF LAW** |

THIS MATTER COMES on for disposition by consent, in response to the Complaint herein.

All the Parties having Consented, as evidenced by their respective endorsements, below are the

Findings of Fact and Conclusions of Law of the Court, followed by the Judgment and Decree.

## <u>FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>

1.      Plaintiff Sculptchair International, Inc. (hereinafter "Sculptchair"), is a corporation

organized and existing under the laws of the State of Arizona, located and doing business at 16114

North 81st Street, Scottsdale, Arizona 85260.

2.      Defendant Destinations By Design, Inc. is a corporation organized and existing under

the laws of the State of Nevada, located and doing business at 145 E. Reno, Suite E-8, Las Vegas,

Nevada 89119.

3.      Defendant Joyce Sherman is an individual residing in the state of Nevada.

4.      Defendant Jim Nelson is an individual residing in the state of Nevada.

5.      Mitchell T. Kelldorf is the inventor of United States Patent No. Des. 307,995, (hereinafter the '995 patent) entitled "Chair Cover", which was duly and legally issued by the United States Patent and Trademark Office on May 22, 1990, and Sculptchair has rights in said patent and the inventions described therein.

6.      On October 13, 1998, Sculptchair filed a Complaint for patent infringement of the '995 patent , trademark infringement, unfair competition, and breach of contract in the United States District Court for the District of Arizona, naming Destinations By Design, Inc., Joyce Sherman, and Jim Nelson as Defendants.

7.      Defendants filed Answers to the Complaint on March 9, 1999 in this Court, denying in all respects infringement of the patent-in-suit and as well asserted invalidity and unenforceability of the patent-in-suit and patent misuse of the '995 patent, together with denying all other claims of trademark infringement, unfair competition, breach of contract, injunctive relief raised by Plaintiff.

8.      Defendants no longer desire to continue such assertions of non-infringement and invalidity of either the patent-in-suit or the trademark-in-suit.  Defendants further no longer desire to continue such assertions of patent misuse or breach of contract by Plaintiff.

## CONSENT JUDGMENT AND DECREE

It is therefore, hereby ORDERED, ADJUDGED, AND DECREED that:

1.      United States Patent No. Des 307,995 is valid and enforceable.

2.     Defendants Destinations By Design, Inc., Joyce Sherman and Jim Nelson, and their employees, agents, and third parties acting in concert with the Defendants have infringed U.S. Patent No. Des 307,995, by the use, sale, manufacture, or rental of certain chair covers.

3.     Defendants Destinations By Design, Inc., Joyce Sherman and Jim Nelson, and their employees, agents, and all other persons acting in concert or participation with them be, and hereby are, permanently enjoined from making, using, renting, or selling chair covers made, owned or in the possession or control of Destinations By Design, Inc., Joyce Sherman and Jim Nelson, that infringe United States Letters Patent No. Des 307,995, whether directly, contributorily or by active inducement.

4.     Defendants Destinations By Design, Inc., Joyce Sherman and Jim Nelson, and their employees, agents, and third parties acting in concert with the Defendants have infringed U.S. Trademark Registration No. 1,509,276.

5.     Defendants Destinations By Design, Inc., Joyce Sherman and Jim Nelson, and their employees, agents, and all other persons acting in concert or participation with them be, and hereby are, permanently enjoined from infringing U.S. Trademark Registration No. 1,509,276.

6.     The Parties to this suit have reached a settlement which is embodied in a separate Confidential Compromise Settlement Agreement and Release, which is attached hereto as Exhibit "A". This Agreement is fully incorporated herein by reference. By this Agreement and entry of this Consent Judgment all pending claims in this cause of action between the Parties are fully and finally in all things resolved.

7.      The Parties stipulate for purposes of enforcement of this Consent Judgment and Decree with Findings of Fact and Conclusions of Law, and its accompanying Confidential Compromise Settlement and Release Agreement, that personal jurisdiction and venue are found in the United States District Court for the District of Arizona, Phoenix Division, for purposes of this lawsuit only and for enforcement of the same.  Should any action be required by either Party to enforce this Consent Judgment or the attached Agreement, reasonable attorneys' fees and costs shall be awarded to the Party entitled to enforcement thereof.

8.      This Consent Judgment and Decree with Findings of Fact and Conclusions of Law is a final judgment and shall be given full effect as if the matters asserted herein had been fully litigated at trial.

9.      All claims of Plaintiff and Defendants are dismissed with prejudice, including without limitation those claims raised by Plaintiff with respect to patent infringement, trademark infringement, unfair competition, and breach of contract.  Each Party to bear its' own costs and attorneys' fees.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2000.


_____
UNITED STATES DISTRICT JUDGE


Consent Judgment with Findings of Fact and Conclusions of Law
Cause No. CIV 98-1841PHX PGR               -4-

STIPULATED TO BY:

Date: _2 8 November 2000_      By: _____

Gregory V. Novak, Esq.,
ROYSTON, RAYZOR, VICKERY, NOVAK & DRUCE, L.L.P.
2000 Riverview Towers
111 Soledad Street
San Antonio, Texas 78205
Telephone:     (210) 228-0655
Telecopier:    (210) 228-0839

Attorney for Plaintiff
Sculpchair International, Inc.

By: _____

P. Sterling Kerr, Esq.
Kerr & Associates
3525 East Hamon
Las Vegas, Nevada 89121
Telephone: (702) 451-2055

Attorney for Defendants
Destinations By Design, Jim Nelson, and
Joyce Sherman